# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION, a Massachusetts corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:16-cv-02752-WBS-EFB<br><br>**ORDER RE: JOINT STIPULATION RE FILING OF FIRST AMENDED COMPLAINT** |

Pursuant to the Joint Stipulation of TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("Travelers") and LIBERTY SURPLUS INSURANCE CORPORATION ("Liberty"), and good cause existing therefore,

**IT IS HEREBY ORDERED**:

(1) Plaintiff is granted leave to file its First Amended Complaint ("FAC") adding additional facts related to the disposition of the Underlying Action; adding "Count Two – Duty to Indemnify" to the

1

1. Third Cause of Action; and adding a Fourth Cause of Action for Equitable Contribution against Liberty related to its duty to defend and to indemnify Dura Art in the Underlying Action.
2. (2) The FAC is deemed filed and served as of February 20, 2018, with Liberty's responsive pleading due in accordance with Fed. R. Civ. Proc. 12;
3. (3) Plaintiff's Motion for Leave to Amend **[DKT. 14]**, is withdrawn per joint stipulation of the Parties;
4. (4) Plaintiff's Motion to Modify the Scheduling Order and related Pre-Trial Dates **[DKT. 15]** is withdrawn per joint stipulation of the Parties;
5. (5) Nothing in this Order shall affect the dates set forth in the Scheduling Order, and those dates are reaffirmed by this Order.

Dated: February 22, 2018

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE