**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Kari M. Myron, Esq. (SBN 158592)
Raymond E. Brown, Esq. (SBN 164819)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
rbrown@aguileragroup.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION, a Massachusetts corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:16-cv-02752-WBS-EFB<br><br>**ORDER APPROVING JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE, SETTLEMENT CONFERENCE, AND RELATED DEADLINES**<br><br>**(Proposed)** Pre-Trial Conference: March 26, 2018 |

Pursuant to the Joint Stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

///

1

1. The Pre-Trial Conference presently scheduled for March 12, 2018 be continued to March 26, 2018 at 1:30 p.m.;

2. A future date and time for the Settlement Conference will be set during the time of the Pre-Trial Conference;

3. The parties' compliance with L.R. 281 be triggered by the continued Pre-Trial Conference date;

4. Nothing in this Joint Stipulation shall affect the May 15, 2018 trial date.

Dated: March 2, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

CASE NO.: 2:16-cv-02752-WBS-EFB
(PROP) ORDER: JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE,
SETTLEMENT CONFERENCE, AND RELATED DEADLINES