**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Kari M. Myron, Esq.(SBN 158592)
Raymond E. Brown, Esq. (SBN 164819)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
rbrown@aguileragroup.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY CORPORATION OF AMERICA, a Connecticut corporation; <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY SURPLUS INSURANCE CORPORATION, a Massachusetts corporation; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 2:16-cv-02752-WBS-EFB <br> [Hon. William B. Shubb] <br><br> **JUDGMENT** |

It appearing from the file in this action that:

(1) On April 4, 2018, the court entered an order (Docket No. 46) awarding partial summary judgment to plaintiff Travelers Property Casualty Corporation of America on the issue of liability, ruling as a matter of law (a) that defendant Liberty Surplus Insurance Corporation had a duty

1

1 | to defend Dura Art, (b) that defendant Liberty Surplus Insurance Corporation had a duty to indemnify Dura Art, and (c) that plaintiff Travelers Property Casualty Corporation of America has a right to recover equitable contribution from defendant Liberty Surplus Insurance Corporation for the defense and settlement costs that plaintiff Travelers Property Casualty Corporation of America paid on behalf of Dura; and

(2) On May 7, 2018, the parties filed a stipulation regarding damages and request for entry of judgment (Docket No. 51), stipulating (a) that the amount of damages to which plaintiff Travelers Property Casualty Corporation of America is entitled as and for defendant Liberty Surplus Insurance Corporation's equitable contribution to the defense and indemnification of claims arising out of the scope of work of Dura Art Stone in connection with the underlying action styled The Regents of the University of California v Howard S. Wright Construction Co., et al, Yolo County Superior Court case No. CV12-1911, is $100,000.00,

///
///
///
///

1    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Travelers Property Casualty Corporation of America and against defendant Liberty Surplus Insurance Corporation in the amount of $100,000.00, together with interest thereon as provided by statute from the date of entry of this judgment.  Each party is to bear its own costs incurred to date.

The Clerk is directed to enter judgment and close this file accordingly.

Dated:  May 10, 2018

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE